UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff(s),           CASE NO. 11-20305

v.

                               HONORABLE AVERN COHN

D-1, DENNY ROBINSON,

       Defendant(s).
_____/

## ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE

On November 02, 2011 the Court held a hearing on defendant's Motion to Dismiss (Doc. 19). For the reasons stated on the record,

IT IS ORDERED that the motion is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Dated: November 2, 2011        s/Avern Cohn
                                    AVERN COHN
                                    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 2, 2011, by electronic and/or ordinary mail.

                                    s/Julie Owens
                                    Case Manager
                                    (313) 234-5160